UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: USE OF ELECTRONIC EQUIPMENT IN ORLANDO COURTHOUSE

CASE NO. 6:19-mc-0004-Orl-UA

## ORDER

It is **ORDERED AND ADJUDGED** that Summer Starr Rudisill be permitted to enter the George C. Young U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida with professional photography equipment, a cellular telephone, and related electronic devices to be used in conjunction with the Naturalization Ceremonies on the following dates:

| | | | |
|---|---|---|---|
| **January 31, 2019** | **February 28, 2019** | **March 14, 2019** | **March 28, 2019** |
| **April 18, 2019** | **May 9, 2019** | **May 30, 2019** | **June 13, 2019** |
| **July 18, 2019** | **August 1, 2019** | **August 15, 2019** | **September 5, 2019** |
| **September 19, 2019** | **October 10, 2019** | **November 7, 2019** | **December 12, 2019** |

Such devices shall not be used to record, video or photograph any court proceedings, except for the Naturalization Ceremonies, taking place within the building. At any time, the United State Marshals Service and/or the Court Security Officers assigned to this facility may revoke the permission granted in this order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 16, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:    Benjamin Wynn, Orlando Division Manager
              Anthony Santoro, Supervisory Deputy U.S. Marshal
              Steward Perez, Lead Court Security Officer